# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 6:13CR2(8)** |
| | § | |
| **STILE PARKER DENTON** | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The above-styled matter was referred to the Honorable Judith K. Guthrie, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Guthrie conducted a hearing in the form and manner prescribed by Federal Rule of 'Criminal Procedure 11 and issued her Report and Recommendation (F qe0'P q0386) 'on July 16, 2013. Judge Guthrie recommended that the Court accept Defendant's guilty plea and conditionally approve the plea agreement. She further recommended that the Court finally adjudge Defendant as guilty of a lesser included charge in Count 1 of the Indictment filed against Defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court is of the opinion that the Report and Recommendation should be accepted.

""""""""""It is accordingly **ORDERED** that thg'Tgr qtv'cpf "Tgeqo o gpf cvkqp'qh'vj g'Wpkvgf "Ucvgu O ci kmtcvg'Lwf i g'(F qe0P q0186) is **ADOPTED.**

It is further

**ORDERED** that the Defendant's guilty plea is accepted and approved by the Court.  Further, the plea agreement is approved by the Court, conditioned upon a review of the presentence report. It is finally

**ORDERED** that, pursuant to the Defendant's plea agreement, the Court finds the Defendant **GUILTY** of a lesser included charge of Count 1 of the **Indictment** in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against the Defendant as to the lesser included charge of Count 1 of the **Indictment**.

**It is SO ORDERED.**

**SIGNED this 7th day of August, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE